FILED'09 OCT 15 13:48USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$419,426.02 in UNITED STATES CURRENCY, *in rem*,

    Defendant.

CV 09-675-MA

ORDER OF DEFAULT

This matter having come before the Court on plaintiff's motion for entry of an Order of Default as to defendant, *in rem*, $419,426.02 in United States currency, and all persons claiming any right, title, or interest in or to this defendant, and notice having been properly given, and based upon the records and files of this action,

IT IS ORDERED AND ADJUDGED that the defendant, *in rem*, $419,426.02 in United States currency, and all persons claiming any right, title, or interest in or

to this defendant, except David Saee, are in default for want of claim, answer, or other response or pleading, and such default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED this __15__ day of October, 2009.

*Malcolm F. Marsh*
MALCOLM F. MARSH
United States District Judge

PRESENTED BY:

KENT S. ROBINSON
Acting United States Attorney

*/s/ Robert D. Nesler*
ROBERT D. NESLER, OSB #85379
Assistant United States Attorney
503-727-1069

PAGE 2 - ORDER OF DEFAULT